# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:13-cr-00045-RWS-JCF
### USA v. Kowalewski et al
### Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 10/28/2015.

TIME COURT COMMENCED: 2:45 P.M.
TIME COURT CONCLUDED: 3:50 P.M.    COURT REPORTER: Amanda Lohnaas
TIME IN COURT: 1:05                DEPUTY CLERK: Rick Goss
OFFICE LOCATION: Gainesville

| | |
|---|---|
| DEFENDANT(S): | [1]Stanley J. Kowalewski Present at proceedings |
| ATTORNEY(S) PRESENT: | Victoria Calvert representing Stanley J. Kowalewski<br>Mildred Dunn representing Stanley J. Kowalewski<br>Stephen McClain representing USA<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#1-[124]Motion for Review of Magistrate Judges Detention Order DENIED<br>DFT#1-[143]Motion to Strike TAKEN UNDER ADVISEMENT<br>DFT#1-[144]Motion in Limine DENIED |